UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62069-CV-HURLEY/HOPKINS

PATRICIA FREIRE and
CHRISTIAN FREIRE,

    Plaintiffs,

v.

ALDRIDGE CONNORS, LLP,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE AND CLOSE OUT

**THIS CAUSE** is before the Court following the parties' Joint Stipulation for Final Order of Dismissal [ECF No. 31].  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a claim may be dismissed upon "a stipulation of dismissal signed by all parties who have appeared."

Because the parties have filed such a stipulation, it is hereby

**ORDERED** and **ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs except as otherwise agreed by the parties.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk is directed mark this case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of March, 2014.

                                                        Daniel T. K. Hurley
                                                  United States District Judge

*Copies provided to counsel of record*